No. 04–6530. SNYDER *v.* LOUISIANA. Sup. Ct. La. Reported below: 874 So. 2d 739; and

No. 04–9879. KANDIES *v.* POLK, WARDEN. C. A. 4th Cir. Reported below: 385 F. 3d 457. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Miller-El* v. *Dretke, ante,* p. 231.

No. 04–10245. TORRES-AMADOR *v.* UNITED STATES. C. A. 5th Cir. Reported below: 111 Fed. Appx. 321;

No. 04–10259. HARRISON, AKA GREEN *v.* UNITED STATES. C. A. 5th Cir. Reported below: 108 Fed. Appx. 987; and

No. 04–10274. BAUSSAN *v.* UNITED STATES. C. A. 11th Cir. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Booker,* 543 U. S. 220 (2005).

No. 04–9807. GARRETT *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 04–10387. OKPALA *v.* UNITED STATES. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 04M75. TORNS *v.* MISSISSIPPI ET AL.;

No. 04M76. MCMORRIS *v.* WERNER ET AL.; and

No. 04M77. SMITH ET UX. *v.* TOWN OF MENDON, NEW YORK, ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 04–373. MARYLAND *v.* BLAKE. Ct. App. Md. [Certiorari granted, 544 U. S. 973.] Motion of Criminal Justice Legal Foundation for leave to file a brief as *amicus curiae* out of time granted.